UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE BECKETT | CIVIL ACTION |
| VERSUS | NO. 12-910 |
| RONAL W. SERPAS, et al. | SECTION "N" (2) |

## ORDER AND REASONS

Presently before the Court is Defendants' "Motion to Stay" (Rec. Doc. 45). On the showing made, and for essentially the reasons stated in Plaintiff's opposition memorandum (Rec. Doc. 51), **IT IS ORDERED** that Defendants' motion is **DENIED**.

New Orleans, Louisiana, this 4th day of December 2012.

**KURT D. ENGELHARDT**
**United States District Judge**